**Order entered February 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00469-CR**
**No. 05-22-00470-CR**

**RUBEN OMAR MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR18-2212, CR 18,2213**

**ORDER**

We **REINSTATE** this appeal. An opinion and judgment will issue in due course.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE